**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6518

RICKY DARREN SANDERS, SR.,

        Plaintiff - Appellant,

    v.

SUMTER CITY POLICE DEPARTMENT, care of Chief Patty
Patterson; TODD SIMS, Detective; CORPORAL SHIRER, City
Police Sumter,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District
Judge. (6:06-cv-03408-MBS)

Submitted: November 20, 2008    Decided: November 26, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ricky Darren Sanders, Sr., Appellant Pro Se. Alfred Johnston
Cox, ELLIS, LAWHORNE & SIMS, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Darren Sanders, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. Sumter City Police Dep't., No. 6:06-cv-03408-MBS (D.S.C. Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED